UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NARVIEZ ALEXANDER,            )        3:12-CV-0535-LRH (VPC)
                              )
         Plaintiff,           )        **MINUTES OF THE COURT**
                              )
vs.                           )        June 27, 2013
                              )
JAMES KEENER, et al.,         )
                              )
         Defendants.          )
_____)

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for an extension of prison copywork limit or transfer of funds (#12) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance. Plaintiff's request to transfer funds from his savings account is **DENIED**. The Clerk shall **MAIL** a copy of this order to Albert Peralta, Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

Plaintiff's motion for the court to conduct a telephonic court conference pursuant to Local Rule 16-2 and IB1-9(b) (#13) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
         Deputy Clerk