UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NARVIEZ ALEXANDER, | ) | 3:12-CV-0535-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 17, 2013 |
| JAMES KEENER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for a court order granting the plaintiff private access to a prison xerox copier for the copying and submission of confidential documents (#24) is **DENIED.** As the defendants correctly noted in their opposition, documents that plaintiff files will become part of the court's public record. Further any documents that plaintiff wishes to copy are likely located in his cell which allows them to potentially be seen by other inmates. No justification exists to allow plaintiff *unprecedented* private access to a prison photocopier.

   **IT IS SO ORDERED.**

                    LANCE S. WILSON, CLERK

         By:        /s/
                    Deputy Clerk