UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NARVIEZ ALEXANDER, | ) | 3:12-CV-0535-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 5, 2013 |
| | ) | |
| JAMES KEENER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for leave to file amended complaint (#32). Defendants filed a notice of non-opposition (#35). Therefore, plaintiff's motion (#32) is **GRANTED**. The Clerk shall **DETACH** and **FILE** the amended complaint attached to plaintiff's motion.

The Office of the Attorney General shall have twenty days to file a notice advising the court and the plaintiff whether it will accept service on behalf of the two new defendants.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
       Deputy Clerk